UNITED STATE DISTRICT COURT
DISTRICT OF NEW JERSEY

ELIAS ABILHEIRA, ESQ.
ABILHEIRA & ASSOCIATES, P.C.
34 East Main Street
Freehold, New Jersey 07728
Attorneys for Defendants
CHARLES K. SOLIDAY, and LJF, INC.,
732-866-1883
FILE NO.: 0045-DJ

------------------------------------X
JOSEPH M. LLARENA,

              -Plaintiff,    Docket No.:
    vs.                            17-CV-01702-CCC-SCM

CHARLES K. SOLIDAY, LJF, INC.,;
JOHN DOE, (fictitious person); PAT  **STIPULATION OF DISMISSAL WITH**
DOE (fictitious person); ABC CORP.,  **PREJUDICE**
INC., (fictitious entity) and/or
DEF CORP., INC., (fictitious
entity)
              -Defendants.
------------------------------------X

    The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed without costs against either party, and with prejudice.

Dated: January 10, 2018

| | |
|---|---|
| Gary J. Lustbader, Esq.<br>80 Main Street, Suit 450<br>West Orange, NJ 07052<br><br>By: _/s/ Gary J. Lustbader_<br>    Gary J. Lustbader, Esq.<br>    Attorney for Plaintiff | Abilheira & Associates PC<br>34 East Main Street<br>Freehold, NJ 07728<br><br>By: _/s/ Elias Abilheira_<br>    Elias Abilheira, Esq.<br>    Attorney for Defendants |

SO ORDERED

    _s/Claire C. Cecchi_
Claire C. Cecchi, U.S.D.J.

Date:  2/6/18
